

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

             Plaintiff,

    -v-

ONE 2021 TOYOTA TUNDRA BEARING
VIN # 5TFDY5F15MX035928; AND

VARIOUS ITEMS AS DESCRIBED IN
ATTACHMENT A.

             Defendants.

_____

23-MC-6003-FPG

### STIPULATION TO EXTEND PLAINTIFF'S TIME
### TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and James D. Doyle, Esq., attorney for Anthony O. Camacho (hereinafter "the claimant"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the 2021 Toyota Tundra and various items in Attachment A is extended from March 18, 2023 to June 19, 2023.

The parties to this Stipulation further agree that the claimant may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the 2021 Toyota Tundra and various items in Attachment A and in that event, the government shall then have ten (10) days from the date the government received written notice of such action to file its Verified Complaint for Forfeiture against the 2021 Toyota Tundra and the various items in Attachment A.

The parties also agree the claimant filed a claim under 18 U.S.C. § 983(A)(2) for the various items as described in Attachment A, on or about December 19, 2022 (hereinafter referred to as "the items"). The claimant agrees to withdraw his claim, which will instead be considered an administrative petition under 19 C.F.R. § 171.1. The parties agree that the administrative forfeiture proceedings for the items will be stayed, and that the claimant reserves the right to file a claim for the items under 18 U.S.C. § 983(A)(2) within thirty (30) days of any Agency decision on his administrative petition, which could also be resolved through the final adjudication or some other disposition such as a plea agreement in the criminal case.

TRINI E. ROSS
United States Attorney

Dated: 3/17/23           BY: *Melanie J. Bailey*

MELANIE J. BAILEY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 5000
Rochester, New York 14614
(716) 843-5863

Dated: 3-17-23

JAMES D. DOYLE, ESQ.
Attorney for Anthony O. Camacho
The Law Office of James D. Doyle
1325 Long Pond Road
Rochester, New York 14626
(585) 723-0480

# ATTACHMENT A

a.      22.1 Gr Suboxone (sublingual Film) 8mg/2mg (25 Ea);

b.      1 EA Ninja Foodi Deluxe Pressure Cooker;

c.      1 EA Ninja Foodi Deluxe Air Fryer Oven;

d.      1 EA Ninja Foodi 2 Basket Air Fryer;

e.      1 EA Ninja Foodi XL Pro Air Oven;

f.      1 EA Ninja Foodi Never Dull Premium Kitchen Knife System;

g.      1 EA Ninja Foodi System 1200 Watts;

h.      1 EA Ninja Creami;

i.      2 EA Kitchen Aid Cordless Hand Blender;

j.      1 EA Kitchen Aid Stand Miser 5 Qt Bowl;

k.      1 EA Kitchen Aid Stand Mixer Attachment Fresh Prep Slicer/Shredder;

l.      1 EA Kitchen Aid Tilt Head Flex Edge Beater;

m.      1 EA Kitchen Aid Stand Mixer Attachment Spiralizer;

n.      1 EA Kitchen Aid Stand Mixer Attachment Food Grinder;

o.      1 EA Kitchen Aid Hard Anodized 10 Piece Cookware Set;

p.      1 EA Kitchen Aid Pro 600 6 Qt;

q.      2 EA Kitchen Aid Pro 5 Plus 5 Qt;

r.      1 EA Cuisinart Coffee Bar Coffee Grinder;

s.      1 EA Nespresso Aeroccino 3;

t.      1 EA Breville 3x Bluicer;

v.      1 EA Breville Barista Pro;

w.      1 EA Barista Bambino;

x.      1 EA Barista Smart Grinder Pro;

y.      1 EA Nespresso Vertuo Plus;

z.      1 EA Cabela's 12 Commercial Grade Vacuum Sealer;

aa.     1 EA Nutribullet Juicer Pro;

bb.     1 EA Sodastream Fizzi;

cc.     1 EA Henckels 14 Piece Knife Set Self Sharpening Block;

dd.     1 EA Schmidt Bros 6 Pc Knife Set W/Block;

ee.     1 EA Lenox 65 Piece Flatware Set;

ff.     1 EA Dyson Pure Replacement Filter 360 Deg Glass Hepa Filter;

gg.     1 EA Kidde Firex Smoke Alarms 4 Pack;

hh.     1 EA Fridababy 3 In 1 Air Purifier & Sound Machine;

ii.     1 EA Cuisinart 2 Qt Frozen Yogurt & Ice Cream Maker;

jj.     1 EA Moen 82603SRN Alder Tub & Shower Faucet;

kk.     2 EA Coralife Led Mini Aqualight 12-18";

ll.     1 EA Mikasa Highball Glasses (Set Of 4);

mm.     4 EA Casaluna Supima Sateen Sheet Set King Size;

nn.     3 EA Casaluna Linen Sheet Set;

oo.     3 EA Casaluna Supima Sateen Pillowcase Set King;

pp.     1 EA Casaluna Supima Sateen Pillowcase Set Standard;

qq.     2 EA Luxion Eco Crystal Glass Set 6 Tumblers;

rr.     1 EA UGG King Sized Brushed Flannel Sheet Set;

ss.     1 EA Threshold 400 Thread Ct King Size Sheet Set;

tt.     1 EA Threshold 400 Thread Ct Queen Size Sheet Set;

uu.     1 EA UGG Novah King Blanket;

vv.     1 EA Nautica Home 6 Stemless Wine Glasses;

ww.     1 EA Casaluna Supima Sateen Pillowcase Set Standard;

xx.     2 EA 100 Poker Chips;

yy.     2 EA UGG Rug 3' X 5';

zz.     10 EA Gillette Fusion 5 Razor (8pk);

aaa.    5 EA Gillette Fusion 5 Razor (4 Pk);

bbb.    3 EA Dust Off Compressed Air Duster 10 Oz (2 Pk);

ccc.    3 EA Brita 2 Pk Faucet Replacement Filters;

ddd.    1 EA Scosche 300a Car Jumper Power Bank;

eee.    1 EA Bushnell 1800 Lumen Flashlight;

fff.    2 EA Ascent Pre Workout 11.6;

ggg.    1 EA Swiffer Dusters (18 Ct);

hhh.    1 EA Venus Gillette Razor 1 Handle, 2 Cartridges;

iii.    2 EA HP Ink Cartridge 74/75;

jjj.    1 EA HP Ink 564 (3pk);

kkk.    1 EA HP Ink 933 (3 Pk);

lll.    2 EA Nutrex Lipo-6 Defining Gel (4 Oz);

mmm.    1 EA Hart 20v 2.0 Ah Battery Charger;

nnn.    2 EA Nature Made Coq10 400mg Vitamins (40ct);

ooo.    1 EA Waterpik Water Flosser Cordless Plus W/4 Tips;

ppp.  2 EA Prevagen Capules (30 Ct);

qqq.  2 EA Crest 3d Whitestrips (28 Ct);

rrr.  1 EA Pen & Gear Assorted Coin Wrappers (100 Ct);

sss.  2 EA Narwhal Tournament Darts 2 Gr Steel Tip;

ttt.  1 EA Gorilla Dual Temp Mini Glue Gun;

uuu.  1 EA Gorilla Tough & Clear Mounting Tape 1 In X 60 In;

vvv.  1 EA Gorilla All Temp Hot Glue Sticks (30 Ct);

www.  1 EA Gorilla All Temp Hot Glue Sticks (10 Ct);

xxx.  3 EA Nicorette Gum 4 Mg (100 Ct);

yyy.  2 EA Nicorette Gum 4mg (160 Ct);

zzz.  1 EA Nicorette Gum 2mg (100 Ct);

aaaa.  1 EA Cordinate 10 Ft Extension Cord;

bbbb.  2 EA Merkury Metallic Watch Bank For Apple Watch 38/40 Mm;

cccc.  1 EA Merkury Metallic Watch Bank For Apple Watch 42/44 Mm;

dddd.  1 EA Yeti 20 Oz Rambler Tumbler W/Lid;

eeee.  1 EA Metabo Hpt 115141m Quick Connect ;

ffff.  1 EA Hypertough 11 Pc Inflation Accessory Kit;

gggg.  1 EA JBL Harman Tune 220 Wireless Earbuds;

hhhh.  1 EA Areopress Coffee Press 1-3 Cup;

iiii.  1 EA Heday Wireless Earbuds;

jjjj.  1 EA Tracfone Samsung Galaxy A20;

kkkk.  1 EA Corkpops Wine Bottle Opener;

llll.  1 EA Rsvp International Culinary Torch;

mmmm.       1 EA Nautica Bras 2 Pk 38c;

nnnn.       1 EA Calvin Klein XL ¾ Zip Shirt (Mens);

oooo.       1 EA Ralph Lauren XL Freen Polo;

pppp.       1 EA Ralph Lauren XL Striped Shirt Short Sleeve;

qqqq.       1 EA Hilfiger XL Long Sleeve T-Shirt;

rrrr.       1 EA Shop Vac 12 Gallon 6 Hp, Item 1364499;

ssss.       1 EA DeWalt Dws716 Compound Mitre Saw 12 Inch;

tttt.       1 EA DeWalt Dcs361b 7-1/4" Cordless Sliding Compound Mitre Saw;

uuuu.       1 EA Ego Power Blower lb 151;

vvvv.       1 EA Craftsman 298 Pc Sea/Metric Mechanical Tool Set;

wwww.       1 EA Craftsman 9000 Lumens Led Work Light Tripod;

xxxx.       1 EA Craftsman 4 Drawer Tool Box;

yyyy.       1 EA DeWalt Dcs368w1 Reciprocating Saw Kit;

zzzz.       1 EA DeWalt Dxh65fav 65,000 Btu Forced Air Propane Heater;

aaaaa.       1 EA DeWalt Dwe575 7-1/4" Lightweight Circular Saw;

bbbbb.       1 EA DeWalt Dw840 7" Medium Ange Grinder;

ccccc.       1 EA DeWalt Dcd791d2 Compact Brushless Drill Driver Kit;

ddddd.       1 EA DeWalt Dcf885c2 ¼" Impact Driver Kit;

eeeee.       2 EA Paslode IM250A-L12 Cordless 16g Angled Finish Nailer;

fffff.       3 EA Flex ½" 2 Speed Hammer Drill 24v Brushless;

ggggg.       1 EA Flex 7-1/4" Circular Saw Kit;

hhhhh.       1 EA Rigid Fuego Compact Orbital Reciprocating Saw;

iiiii.       1 EA Rigid 1/3 HP Sump Pump 48 GPM;

jjjjj.       1 EA DeWalt DW511 ½" Hammer Drill;

kkkkk.       1 EA DeWalt DWD520 Heavy Duty ½" Dual Speed Drill Hammer;

lllll.       2 EA DeWalt DDF211022p Fastening Tool;

mmmmm.       2 EA DeWalt DCF901B ½" Impact Wrench;

nnnnn.       1 EA DeWalt DCD996D2 ½" Brushless Hammer Drill Kit;

ooooo.       1 EA DeWalt DCS353B Oscillating Multi Tool;

ppppp.       1 EA DeWalt DCS367 Variable Speed Reciprocating Saw;

qqqqq.       1 EA DeWalt DWST14830 Pro Organizer;

rrrrr.       1 EA DeWalt DCF801 & DCD701 12 Drill/Driver & ¼ Impact Driver Combo;

sssss.       1 EA Makita XRJ04Z 18v Lxt Lithium Ion Reciprocating Saw;

ttttt.       1 EA Makita XPH14Z 18v Brushless/Cordless½" Drill Driver;

uuuuu.       1 EA Makita BO5041 5" Random Orbital Sander;

vvvvv.       1 EA Makita RT0701C 1-1/4hp Compact Router;

wwwww.       1 EA Grip Rite 6HGF 6oz Fasteners 6d 2 Inch (16/6oz Selling Units);

xxxxx.       1 EA Grip Rite 3F 6oz Fasteners 3d 1-1/4" (12/6oz Selling Fasteners);

yyyyy.       1 EA Grip Rite 158PBWH Panel Board Nails 1-5/8" (12/6oz Selling Units);

zzzzz.       2 EA Grip Rite GRFL624M 2" Straight Finishing Nails 4,000pc;

aaaaaa.      1 EA Hyper Tough TS85134A 77 Pc Electronic Repair Kit;

bbbbbb.      1 EA Hyper Tough TS85007A 7 Pc Smartphone Repair Kit;

cccccc.      2 EA Diablo D0724R3 7-1/4" (3 Blade Bulk Pack);

dddddd.      2 EA Milwaukee 2426-20 M-12 Multi Tool;

eeeeee.      1 EA Grip Rite PTN3S5 3" Exterior Screws;

ffffff.  1 EA Pierce 56388 15 Deg Professional Siding Nailer;

gggggg.  1 EA Ramset 10400625 Cobra + Semiautomatic Powered Actuated Tool;

hhhhhh.  1 EA DeWalt DWST14825 Deep Pro Organizer;

iiiiii.  1 EA Dremel 4000-2-30 High Performance Rotary Tool;

jjjjjj.  1 EA Dremel 8220-N/30 Cordless 12v Max High Performance Rotary Tool;

kkkkkk.  8 EA X Box One Titan Fall 2 Video Game;

llllll.  5 EA Ps 5 Watch Dog Legion Video Game;

mmmmmm.  2 EA X Box One Watch Dogs Legion Video Game;

nnnnnn.  3 EA Nintendo Switch Cars 3 Driven To Win Video Game;

oooooo.  1 EA X Box One Nba 2K20 Video Game;

pppppp.  2 EA Nintendo Switch Super Mario Party Video Game;

qqqqqq.  2 EA Nintendo Switch Rayman Legens Video Game;

rrrrrr.  2 EA Nintendo Switch Sushi Striker Video Game;

ssssss.  1 EA Nintendo Switch NBA2K Platgrounds 2 Video Game;

tttttt.  2 EA Nintendo Switch Assassins Creed II Video Game;

uuuuuu.  1 EA Nintendo Switch Sonic Forces Video Game;

vvvvvv.  1 EA Nintendo Switch Scribble Nauts Showdown Video Game;

wwwwww.  1 EA Scrabble Boardgame;

xxxxxx.  1 EA Narwhal Bristle Dartboard;

yyyyyy.  1 EA Ouija Board Game;

zzzzzz.  1 EA Lego Star Wars 75255 Yoda;

aaaaaaa.  1 EA Lego Star Wars 75291 Death Star Duel;

| bbbbbbb. | 1 EA Lego 31099 Creator Airplane; |
|---|---|
| ccccccc. | 2 EA Lego Super Mario 71380 Master Your Adventure Maker Set; |
| ddddddd. | 1 EA Lego The Movie 2 70825; |
| eeeeeee. | 3 EA Lego City 60214; |
| fffffff. | 2 EA Lego Super Mario 71390 Expansion Set; |
| ggggggg. | 1 EA Lego Taj Mahal 21056 Architecture; |
| hhhhhhh. | 1 EA Lego 31099 Creator Airplane; |
| iiiiiii. | 1 EA Lego Harry Potter 31201; |
| jjjjjjj. | 1 EA Lego City 60245 Police Monster Truck Heist; |
| kkkkkkk. | 1 EA Lego Friends 41689 Magical Ferris Wheel; |
| lllllll. | 1 EA Leg Harry Potter 76388 Hogsmeade Village; |
| mmmmmmm. | 1 EA Lego Technic 42138 Ford Mustang; |
| nnnnnnn. | 1 EA Lego Speed Champions 76905 Ford Gt Heritage; |
| ooooooo. | 2 EA Kodak Puzzles; |
| ppppppp. | 3 EA Chanel Chances 3.4 Fl Oz; |
| qqqqqqq. | 4 EA Chanel 1.7 Fl Oz; |
| rrrrrrr. | 2 EA Lancome Idole Aura 3.4 Fl Oz; |
| sssssss. | 2 EA Polo Ralph Lauren Red 125 Ml; |
| ttttttt. | 2 EA Giorgio Armani My Way 1.7 Fl Oz; |
| uuuuuuu. | 3 EA Ralph Lauren Romance 3.4 Fl Oz; |
| vvvvvvv. | 1 EA Ralph Lauren Beyond Romance 1.7 Fl Oz; |
| wwwwwww. | 1 EA Ralph Lauren Beyond Romance 1.0 Fl Oz; |
| xxxxxxx. | 1 EA Ralph Lauren Blue 2.5 Fl Oz; |

| | |
|---|---|
| yyyyyyy. | 1 EA Ralph Lauren Blue 1.36 Fl Oz; |
| zzzzzzz. | 1 EA Ralph Lauren Polo 2.0 Fl Oz; |
| aaaaaaaa. | 1 EA Ralph Lauren Black 4.2 Fl Oz; |
| bbbbbbbb. | 1 EA Dolce & Gabbana Garden 8400450; |
| cccccccc. | 1 EA Dolce & Gabbana Shine 3003950; |
| dddddddd. | 1 EA Dolce & Gabbana Rose 30700730; |
| eeeeeeee. | 1 EA Coach for Men .5 Fl Oz; |
| ffffffff. | 1 EA Coach Eau De Parfum 1.7 Fl Oz; |
| gggggggg. | 1 EA Coach Platinum 2.0 Fl Oz; |
| hhhhhhhh. | 1 EA Coach Dreams 1.3 Fl Oz; |
| iiiiiiii. | 1 EA Coach Dreams Sunset 3 Fl Oz; |
| jjjjjjjj. | 2 EA Yves St Laurent Libre 1.6 Fl Oz; |
| kkkkkkkk. | 1 EA Chanel Allure 1.7 Fl Oz; |
| llllllll. | 1 EA Chanel Allure 3.4 Fl Oz; |
| mmmmmmmm. | 1 EA Yves St Laurent 2.0 Fl Oz; |
| nnnnnnnn. | 1 EA Tory Burch Love Relentlessly 1.7 Fl Oz; |
| oooooooo. | 1 EA Clinique Happy Heart Perfume Spray 3.4 Fl Oz; |
| pppppppp. | 1 EA Clinique Happy Perfume Spray 1.7 Fl Oz; |
| qqqqqqqq. | 1 EA Mugler Alien Goddess 2.0 Fl Oz; |
| rrrrrrrr. | 1 EA Mugler Alien Eau De Parfum 2.0 Fl Oz; |
| ssssssss. | 1 EA Mugler Angel Eau De Parfum; |
| tttttttt. | 1 EA Versace Bright Crystal Absolu 1.7 Fl Oz; |
| uuuuuuuu. | 1 EA Juicy Coutoure Viva La Juicy Neon 3.4 Fl Oz; |

vvvvvvvv.          1 EA Dolce & Gabbana the Only One 30ml;

wwwwwwww.        1 EA L'Homme Prada Milano 50 Ml;

xxxxxxxx.          1 EA Mr Burberry Indigo 100 Ml;

yyyyyyyy.          1 EA Marc Jacobs Daisy 100 Ml;

zzzzzzzz.          1 EA Marc Jacobs Eau De Parfum 30 Ml;

aaaaaaaa.          1 EA Marc Jacobs Eau De Parfum 75 Ml;

bbbbbbbb.          1 EA Si Passione Eau De Parfum 30 Ml;

cccccccc.          1 EA Burberry Brit for Him Eau De Toilette 100 Ml;

dddddddd.          1 EA Acqua Di Gio Eau De Toilette 20 Ml;

eeeeeeee.          1 EA Acqua Di Gio Eua De Toilette 30 Ml;

ffffffff.          1 EA Gucci Bloom Profumo Di Fiori 30 Ml;

gggggggg.          1 EA Ck Everyone Eau De Toilette 3.3 Fl Oz;

hhhhhhhh.          1 EA Terra Di Gioia Eai De Perfum 30 Ml;

iiiiiiii.          5 EA Defiant Home Security 1001090328;

jjjjjjjj.          1 EA Bose Sound Link Revolve +II;

kkkkkkkk.          1 EA Bose Home Speaker 300;

llllllll.          1 EA JBL Harman Link Music;

mmmmmmmm.        1 EA Hyperx Quadcast S Standalone USB;

nnnnnnnn.          2 EA Playstation Dualshock 4;

oooooooo.          1 EA iPad 16 Gb Md552ll-A;

pppppppp.          1 EA Galazy S8+ 5g 128 GB SM-X808U;

qqqqqqqq.          1 EA RCA Venturer 10" Tablet RCT6A06Q22;

rrrrrrrr.          1 EA Sony Extra Bass SRS-XB23/Bc;

| | |
|---|---|
| ssssssss. | 1 EA Great Call Lively Flip 4053SJ7 (Red); |
| ttttttttt. | 1 EA Munchkin Air Purifier; |
| uuuuuuuuu. | 1 EA JBL Pur Bass Zero Cables Bluetooth Headphones; |
| vvvvvvvvv. | 1 EA JBL Endurance Peak 2 II Headphones; |
| wwwwwwwww. | 1 EA DeWalt Bluetooth Jobsite Earphones; |
| xxxxxxxxx. | 1 EA HP Smart 3 Pk 952XL; |
| yyyyyyyyy. | 5 EA iPhone 13 Promax; |
| zzzzzzzzz. | 4 EA iPhone 13; |
| aaaaaaaaaa. | 1 EA iPhone 13 Pro; |
| bbbbbbbbbb. | 1 EA iPhone 11; |
| cccccccccc. | 1 EA iPhone Se; |
| dddddddddd. | 1 EA Airpods 3 Gen (MME73AM-A); |
| eeeeeeeeee. | 1 EA iPod 2 Dock MC940ZM-A; |
| ffffffffff. | 1 EA Apple iPhone Blue (No Marking On Box); |
| gggggggggg. | 2 EA Ring Quick Release Battery; |
| hhhhhhhhhh. | 1 EA Ring Plus in Chime; |
| iiiiiiiiii. | 1 EA Case Logic USB 10 Ft; |
| jjjjjjjjjj. | 1 EA Hey Dey True Wireless Buds; |
| kkkkkkkkkk. | 1 EA Vivitar Air Vibe Bluetooth Earphones; |
| llllllllll. | 1 EA Skull Candy Dime 2 Earbuds (Mini & Mighty); |
| mmmmmmmmmm. | 1 EA Hr+ Heart Rate and Body Temperature Sensor; |
| nnnnnnnnnn. | 1 EA Apple iPhone (Red, No Ox Nd Charger); |
| oooooooooo. | 1 EA Kindle Paperwhite Cover; |

| | |
|---|---|
| ppppppppp. | 1 EA X Box One Titanfall 2; |
| qqqqqqqqq. | 1 EA Vicks Filtered Coolmist Humidifier 1.1 Gallo; |
| rrrrrrrrr. | 1 EA Giant Tiki Target Freaky Tiki; |
| ssssssssss. | 1 EA Puzzle 1000 Piece Seesaw; |
| ttttttttt. | 1 EA Terry Redlin Buffalo 1000 Piece Puzzle; |
| uuuuuuuuu. | 1 EA Sheffield Home Paper Goods 1000 Piece Puzzle; |
| vvvvvvvvv. | 1 EA U Create Sketch Book (75 Sheets) |
| wwwwwwwww. | 1 EA Coach Driving Loafer 6-1/2; |
| xxxxxxxxx. | 1 EA Strathmore Mixed Media 9 X 12 (60pg); |
| yyyyyyyyy. | 2 EA Strathmore Sketch 9 X 12 (100 Pg); |
| zzzzzzzzz. | 1 EA Sharpie Mystic Gems (24 Ct); |
| aaaaaaaaaa. | 1 EA Sharpie Ultimate Collection (45 Ct); |
| bbbbbbbbbb. | 2 EA Bic Round Stic Grip (24 Ct); |
| cccccccccc. | 1 EA Bic Crystal Xtra Smooth; |
| dddddddddd. | 1 EA Bic Round Stic GSM609; |
| eeeeeeeeee. | 1 EA Bic Whiteout Correction Pen; |
| ffffffffff. | 1 EA Bic Velocity Mechanical Pencils (2pk); |
| gggggggggg. | 2 EA Glass Chalk Original; |
| hhhhhhhhhh. | 2 EA Umark Dr. Paint; |
| iiiiiiiiii. | 1 EA Pentel Arts Sign Pen (12pc); |
| jjjjjjjjjj. | 1 EA Craft Smart Multi-Surface (12pc); |
| kkkkkkkkkk. | 1 EA Triplus Fineliner (48 Pk); |
| llllllllll. | 1 EA Ecoline Brush Pen (20 Ct); |

| | |
|---|---|
| mmmmmmmmmmmm. | 1 EA Galassia Glasses (6ct); |
| nnnnnnnnnnn. | 1 EA Crayola Signature Blending Markers (16ct); |
| oooooooooooo. | 1 EA Prismacolor Premier Colored Pencils (48ct); |
| pppppppppppp. | 2 EA Battery Tender 1200 Amp Jump Starter And Power Station; |
| qqqqqqqqqqqq. | 1 EA Milwaukee M18 Compact Blower 0884-20; |
| rrrrrrrrrrr. | 2 EA Top Fin Pro Series Pro 300 Aquarium Heater; |
| ssssssssssss. | 1 EA Milwaukee 4-1/2 (115mm) Small Angle Grinder 6130-33; |
| tttttttttttt. | 1 EA Le Creuset LM 250 Lever Corkscrew; |
| uuuuuuuuuuu. | 1 EA Cobra Floating Walkie Talkies; |
| vvvvvvvvvvv. | 2 EA Enbrighten Dual Outdoor Wifi Smart Switch; |
| wwwwwwwwwwww. | 1 EA Braun No Touch+ Forhead Thermometer; |
| xxxxxxxxxxxx. | 1 EA Braun No Touch 3-In-1 Thermometer; |
| yyyyyyyyyyyy. | 2 EA Le Creuset Unique 2 Step Cork Remover; |
| zzzzzzzzzzzz. | 2 EA Hyper Tough Electrical Tester Kit; |
| aaaaaaaaaaaa. | 1 EA Kobalt Impact Wrench Max Torque 1000ft lb; |
| bbbbbbbbbbbb. | 1 EA Delta Cason Faucet; |
| cccccccccccc. | 1 EA Nixplay Smart Photo Frame 13.3 Inch Black; |
| dddddddddddd. | 1 EA Epson Workforce Wf-10 Portable Printer; |
| eeeeeeeeeeee. | 1 EA Feit Electric Led Grow Light 86 Watt; |
| ffffffffffff. | 1 EA Omron Blood Pressure Monitor 10 Series; |
| gggggggggggg. | 1 EA Omron Blood Pressure Monitor 7 Series; |
| hhhhhhhhhhhh. | 1 EA Phillips Sonic Care Toothbrush Model XH6917-79; |
| iiiiiiiiiiii. | 1 EA Shop Vac 3942303 Wet/Dry Vac; |

jjjjjjjjjjjj.        1 EA Dyson V II Animal Vacuum;

kkkkkkkkkkkk.        1 EA Shark Ultra Cyclone Pet Pro;

llllllllllll.        1 EA Duson Super Sonic Hair Dryer Copper Silvei;

mmmmmmmmmmmmm.        1 EA Sony Ultra HD DVD Player UBPX700;

nnnnnnnnnnnn.        1 EA Fluval 407 Performance Canister Filter;

oooooooooooo.        1 EA TP Link Decco Wifi System AC 1200;

pppppppppppp.        1 EA Singer 6600c Heavy Duty Sewing Machine;

qqqqqqqqqqqq.        1 EA Moen Essie Motion Sense Wave 87014EWSRS;

rrrrrrrrrrrr.        2 EA Moen Breckln 82611srn;

ssssssssssss.        1 EA Moen Graeden 82137srn;

tttttttttttt.        1 EA Brother Sewing And Quilting Machine SG9285;

uuuuuuuuuuuu.        1 EA Power Speaker Ultra By Raycon;

vvvvvvvvvvvv.        1 EA Sony Ht-S100f Sound Bar;

wwwwwwwwwwww.        1 EA Fluval Aquasky Led Light;

xxxxxxxxxxxx.        1 EA iMac Monitor;

yyyyyyyyyyyy.        1 EA Vizio V Series 2.1 Sound Bar;

zzzzzzzzzzzz.        1 EA UGG Shower Curtain;

aaaaaaaaaaaa.        1 EA Versace V1969 Italia Jeans;

bbbbbbbbbbbb.        1 EA Buffalo Brand Jeans;

cccccccccccc.        1 EA The North Face Rain Jacket;

dddddddddddd.        1 EA International Concepts Jeans;

eeeeeeeeeeee.        1 EA Polo Ralph Lauren Jeans;

ffffffffffff.        1 EA Home Décor Floating Book Shelf;

gggggggggggggg.    1 EA DeWalt Structured Heated Jacket DCHJ090BD1-L;

hhhhhhhhhhhhh.    1 EA Bose Solo 5 Tv Sound System;

iiiiiiiiiiii.    1 EA Nautica Wine Glasses (Set Of 6);

jjjjjjjjjjjjj.    1 EA Diablo 9" Saw Blades (Set Of 15);

kkkkkkkkkkkkk.    2 EA DeWalt 2ah 20v Lithium Battery;

lllllllllllll.    1 EA DeWalt 8ah 20v Lithium Battery;

mmmmmmmmmmmmmm.    2 EA DeWalt 45 Pc Tough Grip Screw Driver Set;

nnnnnnnnnnnnn.    1 EA DeWalt 3ah 20v Lithium Battery Compact Battery (2pk);

oooooooooooooo.    1 EA Klein Tools Borescope For Android Devices;

pppppppppppppp.    1 EA DeWalt Tool Case+;

qqqqqqqqqqqqqq.    1 EA Lg Sound Bar S16Y;

rrrrrrrrrrrrr.    1 EA Ibuypower Slate Mr Hard Drive;

sssssssssssss.    1 EA First Alert Carbon Monoxide Alarm C0400B (6pk);

ttttttttttttt.    1 EA First Alert Smoke and Carbon Monoxide Alarm (1039807/306);

uuuuuuuuuuuuu.    1 EA Pex ½" Male Adapter (25 Pk);

vvvvvvvvvvvvv.    1 EA GE Dimmer Smart Switch Model (CSWDMB1BWFLNN);

wwwwwwwwwwwwww.    1 EA DeWalt 21 Piece Drill Bit Set;

xxxxxxxxxxxxx.    1 EA DeWalt Flex Torque Screwdriving Bit Set (DWA2NGFT35IR);

yyyyyyyyyyyyy.    1 EA Sony DVD Player (DVP-SR210P);

zzzzzzzzzzzzz.    1 EA Intex Pillow Top Head Board Air Mattress Queen;

aaaaaaaaaaaaaa.    1 EA Hyperice Hyperbolt 2 Percussion Massager;

bbbbbbbbbbbbbb.    1 EA Bose Surround Speaker Black 809723-0120;

cccccccccccccc.    1 EA Intex Durabeam Air Bed Twin;

ddddddddddddddd.   1 EA Honda Mini Tiller Cultivator FG110;

eeeeeeeeeeeeee.   1 EA Cobra Pro Handheld Drain Clean;

ffffffffffffff.   1 EA Echo Chain Saw CS590;

gggggggggggggg.   1 EA Yeti Tundra Cooler 35;

hhhhhhhhhhhhhh.   1 EA Coleman Camp Grill/Stove;

iiiiiiiiiiiii.   1 EA Craftsman 6 Gallon Air Compressor;

jjjjjjjjjjjjj.   1 EA Honda GX160 Generator;

kkkkkkkkkkkkkk.   1 EA Milwaukee 1" Rotary Hammer (5262-21);

lllllllllllll.   1 EA Craftsman 105 pc Mechanical Tool Set;

mmmmmmmmmmmmmmm.   1 EA Lego Star Wars At-At Model 75313;

nnnnnnnnnnnnnn.   2 EA Ozark Trail Rocking Chair;

oooooooooooooo.   3 EA Bose Tv Speakers (838309-1100);

pppppppppppppp.   1 EA Bose Smart Sound Bar 300 (843299-1100);

qqqqqqqqqqqqqq.   1 EA Slumberjack 10 Person Hybrid Dome Tent River Bend Model;

rrrrrrrrrrrrr.   1 EA Ozark Trail 8 X 6 Sun Shelter;

sssssssssssss.   1 EA Echelon Connect Sport Bike (In Box);

ttttttttttttt.   1 EA Echelon Connect Sport Bike (Assembled Not In Box);

uuuuuuuuuuuuuu.   1 EA Fathom Bicycle;

vvvvvvvvvvvvvv.   1 EA Husqvarna 525 Rx Brush Cutter;

wwwwwwwwwwwwwww.   1 EA Ugly Stik Sighting Pole Model USCBSP681M 6" 8";

xxxxxxxxxxxxxx.   1 EA Berkley Lighting Rod Shock 6'6" Fishing Pole;

yyyyyyyyyyyyyy.   1 EA Copper Coil ¼" Id X 2 Ft type L4379;

zzzzzzzzzzzzzz.   1 EA Cerromax 50' Indoor Copper Building Wire (NM-B83-87B);

aaaaaaaaaaaaaaaa. 2 EA Cerromax 50' Indoor Copper Building Wire (NN-B14-2);

bbbbbbbbbbbbbbb. 1 EA 50' Black MSC Cable Wire;

cccccccccccccccc. 1 EA Southwire Simpull Black Cable Model ES1583;

ddddddddddddddd. 1 EA Utility Tech Pro Contractor 50 Ft 0067439;

eeeeeeeeeeeeeee. 1 EA Republic Wire 10 MTW 500 Ft Spool;

ffffffffffffffff. 1 EA Cerrowire 10 Awg Stranded 500' Spool;

gggggggggggggggg. 1 EA Cerrowire 18-4 Shielding Security Cable 500' Spool;

hhhhhhhhhhhhhhh. 1 EA Southwire 10 Stranded THHN 500' Wire Spool;

iiiiiiiiiiiiiii. 1 EA Republic Wire 12 MTW 500 Ft Spool;

jjjjjjjjjjjjjjj. 1 EA Ms. Pacman Stand Up Arcade Console;

kkkkkkkkkkkkkkk. 456.3 Gr Suboxone (sublingual Film) 8mg/2mg (519 EA);

llllllllllllll. 2 EA Craftsman 2 Tool Combo Kit Circular Saw/Drill;

mmmmmmmmmmmmmmm. 2 EA Goole Nest Audio;

nnnnnnnnnnnnnnn. 1 EA Heyday Wireless Earbuds;

oooooooooooooo. 2 EA Calphalon 15 Piece Cutlery Set;

ppppppppppppppp. 1 EA Moen Lindor Showerhead 82504 SRN;

qqqqqqqqqqqqqqq. 1 EA Moen Caldwell Shower Set 82496EPSAN;

rrrrrrrrrrrrrr. 1 EA Roccat E10 Wireless Headphones;

sssssssssssssss. 4 EA DeWalt 14" Diamond Saw Blade;

ttttttttttttttt. 1 EA Skil 7 ¼" Circular Saw;

uuuuuuuuuuuuuuu. 1 EA Greay Cerromax Cable 14-2 W/G 600v;

vvvvvvvvvvvvvvv. 1 EA Home Decorators 2 Light Semi Flush Mount(1003 421 927);

wwwwwwwwwwwwwww. 1 EA Home Decorators 2 Light Flush Mount (120 420);

xxxxxxxxxxxxxxxx.  1 EA Nutribullet Select 1000 W;

yyyyyyyyyyyyyyy.  1 EA Artika Glam Ceiling Led LightFixture;

zzzzzzzzzzzzzzz.  1 EA Thunder Bay 2 Cycle Earth Auger Combo Kit;

aaaaaaaaaaaaaaaa.  1 EA Craftsman 80,000 Btu Diesel & Kerosene Heater;

bbbbbbbbbbbbbbbbb.  1 EA DeWalt 10" Compound Miter Saw;

cccccccccccccccc.  2 EA 1220 Golf Calpro Series Hitting Mat;

dddddddddddddddd.  1 EA Craftsman 4 Cycle 17" WeedWacker;

eeeeeeeeeeeeeeee.  1 EA Craftsman 3 Gallon Wet/Dry Vac;

fffffffffffffffff.  1 EA Home Decorators 5 Lights Led Flush Mount;

gggggggggggggggg.  1 EA Craftsman Riding Mower Lift;

hhhhhhhhhhhhhhhh.  1 EA Craftsman 2 Cycle Blower/Vacuum/Mulcher;

iiiiiiiiiiiiiiii.  1 EA Keurig K Café;

jjjjjjjjjjjjjjjj.  1 EA Shark Navigator Liftaway Dlx;

kkkkkkkkkkkkkkkk.  1 EA Moen Surie Faucet 887395 SRS;

llllllllllllllll.  1 EA Home Decorators Atherton 1311 3 Light Flush Mount (1003 458 168);

mmmmmmmmmmmmmmmm.  1 EA Rigid Powerclear Drain Cleaner;

nnnnnnnnnnnnnnnn.  1 EA Home Decorators 3 Light Semi Flush Mount (1001 816 797);

oooooooooooooooo.  1 EA Southwire Black Wire 600v;

pppppppppppppppp.  1 EA Cerrowire 300ft Conductor 14 AWG Stranded;

qqqqqqqqqqqqqqqq.  2 EA Cerromax Foot Indoor Copper Building Wire;

rrrrrrrrrrrrrrrr.  1 EA Gray Cerromax Security Cable 500ft;

ssssssssssssssss.  1 EA Raycon The Power Speaker Ultra;

tttttttttttttttt.  1 EA Husqvarna 450 Rancher Chainsaw;

uuuuuuuuuuuuuuuu.  1 EA Keurig K Elite;

vvvvvvvvvvvvvvvv.  1 EA Oster Xl Digital Air Fryer;

wwwwwwwwwwwwwwwww.  3 EA Cerromax 100ft Indoor Copper Building Wire;

xxxxxxxxxxxxxxxx.  1 EA Cerromax 250ft Indoor Copper Building Wire;

yyyyyyyyyyyyyyyy.  1 EA Echo Saw Csg-7410;

zzzzzzzzzzzzzzzz.  1 EA Breville Juice Fountain Compact;

aaaaaaaaaaaaaaaaa.  1 EA Milwaukee Deep Cut Variable Speed Bandsaw Kit 623221;

bbbbbbbbbbbbbbbbb.  1 EA Milwaukee Sawzall Reciprocating Saw Kit 6519-31;

ccccccccccccccccc.  1 EA Husqvarna Rancher Saw 455;

ddddddddddddddddd.  1 EA Husqvarna Rancher Saw 460;

eeeeeeeeeeeeeeeee.  1 EA Kitchen Aid Tilthead Stand Mixer 4.5qt;

fffffffffffffffff.  1 EA Milwaukee Handle Dolly; and

ggggggggggggggggg.  1 EA Honda Eb2200i Industrial Inverter Generator.